December 31, 2004

Mr. Scott Ramsey
Scott Ramsey & Associates
3000 Smith Street
Houston, TX 77006

Mr. Shawn Casey
Law Office of Shawn Casey
5433 Westheimer, Suite 920
Houston, TX 77056-5375
Mr. James C. Faulkner
Special Assistant to the Sheriff
1200 Baker Street
Houston, TX 77002

RE: Case Number: 03-0766
 Court of Appeals Number: 14-03-00808-CV
 Trial Court Number: 2000-63348

Style: IN RE ADEL SHESHTAWY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause. (Justice Brister not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |